**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

MARIO ANTON LEE                      DOCKET NO. 2:25-cv-0159
    B.O.P. # 21047-001                          SECTION P

VERSUS                               JUDGE JAMES D. CAIN, JR.

WARDEN FCI OAKDALE                    MAGISTRATE JUDGE LEBLANC

<u>**JUDGMENT**</u>

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that the petition be **DENIED** and **DISMISSED WITHOUT PREJUDICE** for failure to exhaust administrative remedies. **IT IS FURTHER ORDERED** that the Motion for Order to Show Cause [doc. 11] be **DENIED**.

**THUS DONE AND SIGNED** in Chambers this 7th day of October, 2025.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**